144 So. 915

## BOARD OF REGISTRARS OF JEFFERSON COUNTY et al. v. W. E. CORNING.

### 6 Div. 169.

Supreme Court of Alabama.
Dec. 1, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

143 So. 923

## Joe BROWN v. STATE.

### 7 Div. 149.

Supreme Court of Alabama.
Oct. 13, 1932.

Cockrell & Riddle, of Talladega, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

THOMAS, J.
Petition of Joe Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Brown v. State, 143 So. 925.
Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

141 So. 917

## BROWN TRANSFER & WAREHOUSE CO. v. George PETEET.

### 6 Div. 93.

Supreme Court of Alabama.
April 28, 1932.

B. F. Smith, of Birmingham, for appellant.

Ewing, Trawick & Clark, R. P. Evans, and Wm. L. Clark, all of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

144 So. 915

## Annie BUTLER v. STATE.

### 8 Div. 460.

Supreme Court of Alabama.
Nov. 17, 1932.

Fred S. Parnell, of Florence, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

GARDNER, J.
Petition of Annie Butler for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Butler v. State, 142 So. 920.
Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

143 So. 923

## CHARLOTTE SALVAGE CO. v. The PARISIAN CO.

### 7 Div. 82.

Supreme Court of Alabama.
Oct. 4, 1932.

PER CURIAM.
Appeal dismissed by agreement.

143 So. 923

## Lee COBB v. STATE.

### 1 Div. 738.

Supreme Court of Alabama.
Oct. 13, 1932.

C. E. Hamilton, of Greenville, and C. L. Hybart, of Monroeville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

THOMAS, J.
Petition of Lee Cobb for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cobb v. State, 143 So. 926.
Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.